LUCIEN I. YEOMANS, INC., Respondent, v. ARCHIE M. ANDREWS, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin and Townley, JJ.

WIRTH & HAMID FAIR BOOKING, INC., and RALPH A. HANKINSON, Appellants, v. FRANK WIRTH and MAURICE W. MONHEIMER, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of RALPH PULITZER and Others, as Trustees of the Newspaper Trusts, etc., of Joseph Pulitzer, Deceased. JAMES W. BARRETT and FOSTER GILROY, Intervenors, Appellants; RALPH PULITZER and Others, Individually and as Trustees, etc., and Others, Respondents.— Original decree, so far as appealed from, and the supplemental decree affirmed, with costs to the respondents against the appellants. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

LOUIS F. ROTHSCHILD and Others, Respondents, v. THE FIRST NATIONAL BANK OF HANCOCK, NEW YORK, Appellant.* — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley and Townley, JJ.

LOUIS F. ROTHSCHILD and Others, Respondents, v. THE FIRST NATIONAL BANK OF BINGHAMTON, NEW YORK, Appellant.*— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley and Townley, JJ. [140 Misc. 499.]

BERNICE LEVENTHAL, Respondent, v. FANNIE LIBERMAN, Defendant, Impleaded with JACOB LIBERMAN and ROSE ALTMARK, Appellants.† — Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

ELLA A. O'MARA, Respondent, v. NEW YORK RAILWAYS CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

EDWIN L. AGOSTINI and Others, Respondents, v. CATHROSE CONCRETE FOUNDATION Co., INC., Defendant, Impleaded with THE METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK, Appellant.— Orders reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground there is a question of fact raised by the pleadings and the affidavits. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

CHAMPLAIN MILK PRODUCTS COMPANY, INCORPORATED, Respondent, v. HERSHEY CREAMERY COMPANY, INCORPORATED, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on the Complaint of HELEN PIERCE, Respondent, v. FRANK TAVOLACCI, Appellant.— Judgment affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

* Affd., 262 N. Y. ——.          † Affd., 262 N. Y. 209.